

JDR / JST

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED IN OPEN COURT
MAR 26 2025
CHRISTOPHER L. EKMAN, CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIM. NO. 25-65-WS |
| | * | MAG. NO. 25-73 |
| v. | * | USAO NO. 25R00123 |
| | * | |
| BRYAN FIGUEROA GUZMAN | * | VIOLATIONS: 18 U.S.C. § 922(o) |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE
### Illegal Possession of a Machinegun
### Title 18, United States Code, Section 922(o)

On or about January 20, 2025, in the Southern District of Alabama, the defendant,

**BRYAN FIGUEROA GUZMAN,**

knowingly possessed a machinegun, namely, approximately two (2) machinegun-conversion devices, commonly referred to as "Glock switches."

In violation of Title 18, United States Code, Section 922(o).

### COUNT TWO
### Illegal Possession of a Machinegun
### Title 18, United States Code, Section 922(o)

On or about March 6, 2025, in the Southern District of Alabama, the defendant,

**BRYAN FIGUEROA GUZMAN,**

knowingly possessed a machinegun, namely, a machinegun-conversion device, commonly referred to as a "Glock switch."

In violation of Title 18, United States Code, Section 922(o).

## COUNT THREE
## Illegal Possession of a Machinegun
## Title 18, United States Code, Section 922(o)

On or about March 14, 2025, in the Southern District of Alabama, the defendant,

**BRYAN FIGUEROA GUZMAN,**

knowingly possessed a machinegun, namely, approximately twenty (20) machinegun-conversion devices, commonly referred to as "Glock switches."

In violation of Title 18, United States Code, Section 922(o).

A TRUE BILL

FOREPERSON UNITED STATES GRAND JURY
SOUTHERN DISTRICT OF ALABAMA


SEAN P. COSTELLO
UNITED STATES ATTORNEY

By:

_____
JUSTIN D. ROLLER
Assistant United States Attorney

_____
JESSICA S. TERRILL
Assistant United States Attorney

_____
SEAN P. COSTELLO
United States Attorney        MARCH 2025